1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORRIN HOLT AND PAMELA HOLT,

                  Plaintiffs,

        v.

US BANK, NATIONAL ASSOCIATION, et al.,

                  Defendants.

Case No.15-cv-00013-NC

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On January 23, 2015, defendants filed a motion to dismiss pro se plaintiffs Orrin Holt's and Pamela Holt's complaint.  Dkt. No. 10.  Civil Local Rule 7-3(a) requires parties to file and serve an opposition within 14 days after a motion is filed.  In the alternative, a party who does not oppose the motion must file a statement of non-opposition with the Court within 14 days.  Civ. L.R. 7-3(b).  The Holts' response to defendants' motion was due by February 6, 2015.

The Holts have not filed a response.  "Failure to follow a district court's local rules is a proper ground for dismissal."  *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).  In addition, the Holts have not filed a consent or declination to proceed before a magistrate judge.  *See* Dkt. No. 12 (clerk's notice giving the Holts until February 2, 2015, to consent or decline).  A hearing regarding the defendants' motion to dismiss is scheduled for Wednesday, March 11, 2015.

The Court now CONTINUES (or reschedules) the motion hearing to Wednesday

March 18, 2015, at 1:00 p.m. in Courtroom 7, 4th Floor, at 280 South First St., San Jose, CA 95113.  The case management conference that had been set for 10:00 a.m. will also take place on March 18, 2015, at 1:00 p.m.  The Holts have until Thursday, March 12, 2015, to oppose defendants' motion to dismiss (or file a statement of nonopposition) and to show cause why this action should not be dismissed.  The Holts must also consent or decline by that time.

The Holts' failure to respond will result in a recommendation by the undersigned to the district court judge to dismiss this case with prejudice.

The Court advises plaintiffs that there are additional resources available.  First, plaintiffs may wish to obtain a copy of the district court's Handbook for Litigants Without a Lawyer.  It provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial.  The handbook is available in person at the Clerk's Office and at http://cand.uscourts.gov/prosehandbook.

Second, Plaintiffs may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California.  At the Legal Help Center, pro se litigants can speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED.**

Dated:  March 6, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge