UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN HOLT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>US BANK, NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 15-cv-00013-NC<br><br>**ORDER TO SHOW CAUSE** |

Defendant U.S. Bank National Association moves to dismiss plaintiffs Orrin Holt's and Pamela Holt's First Amended Complaint. This complaint describes Republic National as a party that "do[es] business in the County of Monterey, State of California and was listed on the Notice of Default and the Notice of Trustee's Sale." Dkt. No. 29 at ¶ 5. In U.S. Banks' removal notice, however, U.S. Bank states it conducted a diligent search and could not find an entity named "Republic National." Dkt. No. 1 at ¶¶ 3-4. Indeed, the Holts have not served Republic National at any point in this case.

Accordingly, the Court orders the Holts to do one of three things: (1) show cause why the entity Republic National should not be stricken from the First Amended Complaint; (2) strike Republic National from the First Amended Complaint; (3) or move for leave to file a Second Amended Complaint that strikes Republic National from the pleading or clarifies its proper identity. *See* Fed. R. Civ. P. 15(a)(2) (party may amend its pleading with court's leave).

Case No.: 15-cv-00013-NC

1   The Holts must file a response to this Order by June 16, 2015.

2   For additional guidance, defendant may refer to the Court's Pro Se Handbook,
3   available on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or
4   contact the Federal Pro Se Program at the San Jose Courthouse, which provides
5   information and limited-scope legal advice to pro se litigants in civil cases. The Federal
6   Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se
7   Program is available at Room 2070 in the San Jose United States Courthouse (Monday to
8   Thursday 1:00 – 4:00 pm), or The Law Foundation of Silicon Valley, 152 N. 3rd Street,
9   3rd Floor, San Jose, CA (Monday to Thursday 9:00 am – 12:00 pm), or by calling (408)
10  297-1480.

11  **IT IS SO ORDERED.**

12  Dated:  June 2, 2015

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 15-cv-00013-NC                    2